[No. 19554-9-I.   Division One.   January 4, 1988.]

JOHN DILLON, SR., ET AL, *Appellants,* v. STEPHAN JACK ALEXANDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-20884-6, Sharon S. Armstrong, J., entered August 8, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams, J., and Cole, J. Pro Tem.

[No. 18930-1-I.   Division One.   January 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA CROSSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 85-1-00201-5, Walter J. Deierlein, Jr., J., entered July 18, 1986. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 16368-0-I.   Division One.   January 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GUSTL TIMM, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-1-00345-1, Byron L. Swedberg, J., entered April 5, 1985. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.